# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEC ENTERTAINMENT, INC., a Kansas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GRANADA HILLS PARTNERS, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:18-cv-00324-DSF (AGRx)<br>Hon. Dale Fischer<br>Courtroom 7D<br><br>**ORDER REGARDING COURT JURISDICTION ON CASE DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed: January 12, 2018<br>Trial Date: Vacated |

CEC01-03:RENEE.docx:3-13-20

| | |
|---|---|
| 1 | |
| 2 | Pursuant to the Declaration of John T. Egley, ECF Docket No. 40, and good cause appearing regarding why this Court should retain jurisdiction over this matter, IT IS HEREBY ORDERED that this Court shall retain jurisdiction over this matter for an additional approximate one hundred and twenty (120) day period to July 20, 2020 while the parties await approval by the city and then the lease can be executed. If the matter has not been fully resolved and can remain dismissed without prejudice at that point in time, the Court retains jurisdiction to reopen the action on a showing of good cause that the settlement has not been completed and further proceedings are necessary on or before this date. |

Pursuant to the Declaration of John T. Egley, ECF Docket No. 40, and good cause appearing regarding why this Court should retain jurisdiction over this matter, IT IS HEREBY ORDERED that this Court shall retain jurisdiction over this matter for an additional approximate one hundred and twenty (120) day period to July 20, 2020 while the parties await approval by the city and then the lease can be executed. If the matter has not been fully resolved and can remain dismissed without prejudice at that point in time, the Court retains jurisdiction to reopen the action on a showing of good cause that the settlement has not been completed and further proceedings are necessary on or before this date.

IT IS SO ORDERED.

DATED: March 13, 2020

_/s/ Dale S. Fischer_
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE